People v Sanders (2025 NY Slip Op 51998(U))



[*1]


People v Sanders (Kevin)


2025 NY Slip Op 51998(U) [87 Misc 3d 136(A)]


Decided on December 15, 2025


Appellate Term, First Department


Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and will not be
published in the printed Official Reports.



Decided on December 15, 2025
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Perez, Alpert, JJ.



570233/21

The People of the State of New
York, Respondent, 
againstKevin Sanders,
Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (Margaret W. Martin, J.), rendered November 15, 2021, convicting him,
upon his plea of guilty, of driving while intoxicated, and imposing sentence.




Per Curiam.
Judgment of conviction (Margaret W. Martin, J.), rendered November 15, 2021,
affirmed.
The court properly denied defendant's suppression motion. There is no basis for
disturbing the court's credibility determinations, including its evaluation of ambiguities in
testimony (see People v Prochilo, 41 NY2d 759, 761 [1977]). "[T]he
determination of the hearing court, which actually saw and heard the witnesses testify, is
entitled to deference, and it is not our practice to substitute our own fact-findings for
those under review unless the latter are plainly unjustified or clearly erroneous"
(People v Martin, 112 AD3d 453, 454 [2013], quoting People v Greene,
84 AD3d 540, 541 [2011][internal quotations and citation omitted]). Such is not the case
here.
The hearing evidence established that police had probable cause to arrest defendant
for driving while intoxicated. Defendant was observed exiting the driver's side of a
vehicle that collided with a parked car at approximately 2:30 a.m. Defendant admitted
that he was the driver of the vehicle, the engine was still running and the ignition push
button was engaged. Defendant also exhibited signs of intoxication, including bloodshot
and watery eyes, an odor of alcohol on his breath and he was unsteady on his feet (see
People v Johnson, 140 AD3d 978, 979 [2016], lv denied 28 NY3d 931
[2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concurDecision Date: December 15, 2025






